UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>ROBERT KIRBY WELLS,<br><br>        Defendant. | No. 2:21-cr-164 WBS<br><br><br>ORDER RELATING CASES |
| BMO BANK, N.A.,<br><br>        Garnishee, | No. 2:24-mc-352 WBS SCR |
| ROBINHOOD FINANCIAL, LLC &<br>ROBINHOOD SECURITIES, LLC,<br><br>        Garnishees, | No. 2:24-mc-353 WBS SCR |
| NORTH AMERICAN COMPANY FOR LIFE<br>AND HEALTH INSURANCE,<br><br>        Garnishee, | No. 2:24-mc-354 WBS SCR |
| FARMERS INSURANCE FEDERAL<br>CREDIT UNION,<br><br>        Garnishee, | No. 2:24-mc-356 WBS SCR |

| | |
|---|---|
| ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA CREDIT UNION,<br><br>    Garnishee, | No. 2:24-mc-413 WBS JDP |
| ASSOCIATED INSURANCE BROKERS, INC., DBA PACIFIC INTERSTATE INSURANCE BROKER AND TRANSAMERICA RETIREMENT ADVISORS, LLCALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA CREDIT UNION,<br><br>    Garnishee, | No. 2:24-mc-414 WBS JDP |

----oo0oo----

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a), because the actions involve the same parties and are based on the same claim, as the United States seeks writs of garnishment in the civil miscellaneous cases to enforce the criminal restitution order against defendant in the criminal case.  Accordingly, the assignment of the matters to the same judges is likely to effect a saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated United States v. Wells, Case No. 2:21-cr-164 WBS; United States v. Wells, Case No. 2:24-mc-352 WBS SCR; United States v. Wells,

1  Case No. 2:24-mc-353 WBS SCR; United States v. Wells, Case No.
2  2:24-mc-354 WBS SCR; United States v. Wells, Case No. 2:24-mc-356
3  WBS SCR; United States v. Wells, Case No. 2:24-mc-413 WBS JDP,
4  and United States v. Wells, Case No. 2:24-mc-414 WBS JDP, be, and
5  the same hereby are, deemed related.  The cases denominated
6  United States v. Wells, Case No. 2:24-mc-413 WBS JDP, and United
7  States v. Wells, Case No. 2:24-mc-414 WBS JDP, shall be assigned
8  to Judge WILLIAM B. SHUBB and Magistrate Judge SEAN C. RIORDAN.
9  Any dates currently set in the reassigned cases only are hereby
10 VACATED.  Henceforth, the captions on documents filed in the
11 reassigned cases shall be shown as United States v. Wells, Case
12 No. 2:24-mc-413 WBS SCR, and United States v. Wells, Case No.
13 2:24-mc-414 WBS SCR.
14         IT IS FURTHER ORDERED that the Clerk of the Court make
15 an appropriate adjustment in the assignment of cases to
16 compensate for this reassignment.
17         IT IS SO ORDERED.
18 Dated:  March 13, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE