IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT KIRBY WELLS,<br><br>Debtor.<br><hr>FARMERS INSURANCE FEDERAL CREDIT UNION,<br><br>Garnishee. | Case No. 2:24-MC-00356-WBS-SCR<br><br>**TERMINATING<br>WRIT OF GARNISHMENT**<br><br>Criminal Case No. 2:21-CR-00164-WBS |

The Court, having carefully reviewed the entire file, and the United States' Request for an Order Terminating Writ of Garnishment ("Request"), and finding good cause therefrom, hereby GRANTS the Request. Accordingly, it is ORDERED THAT:

1. Pursuant to 28 U.S.C. § 3205(c)(10), the Writ of Garnishment issued on September 19, 2024, is hereby TERMINATED; and

///

///

///

ORDER TERMINATING WRIT OF GARNISHMENT                                1

2. The Clerk of the United States District Court shall CLOSE this miscellaneous case.

IT IS SO ORDERED.

Dated: July 31, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE